IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CANDACE KATHLEEN BRIGHT,<br><br>Defendant. | CR 22–28–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Candace Kathleen Bright's Unopposed Motion to Appear via Zoom at Sentencing. (Doc. 92.) Ms. Bright requests that this Court to allow her to appear via Zoom from the Midland Defenders office at 1020 Andrews Hwy, Suite E, Midland, Texas 79701 for her sentencing hearing scheduled on June 8, 2023. (*Id.* at 1.) The basis for the request is that Ms. Bright has numerous physical and mental health issues and is indigent, making travel difficult. (*Id.* at 2.) Ms. Bright has waived her right to attend sentencing in person. (Doc. 93.) The United States does not object to this motion. (Doc. 92 at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 92) is GRANTED. Ms. Bright may appear by Zoom at her sentencing hearing scheduled on June 8, 2023, at 9:00 a.m. MDT. The Clerk of Court shall notify Ms. Bright's counsel via e-mail of the meeting ID and password of the hearing. Zoom Guidance and Setup

available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 15th day of May, 2023.

_____
Dana L. Christensen, District Judge
United States District Court